IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00351-WYD-OES

MR. DONNELL E. MONROE,

    Plaintiff,

v.

MR. ADAM MYER'S [sic] M.D.,

    Defendant.

_____

ORDER
_____

    Pursuant to the Minute Order of May 13, 2005 (Dkt. # 13), the Order to Show Cause dated September 8, 2005 (Dkt. # 36), is VACATED.

    DATED: September 14th, 2005.

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge