IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00351-WYD-MEH

DONNELLE E. MONROE,

Plaintiff,

v.

ADAM M. MYERS, JR., M.D.,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 12, 2006.**

Plaintiff's Motion to Submit Additional Documents [Filed May 10, 2006; Docket #57] is **granted.** The documents submitted by the Plaintiff with his motion will be considered by the Court in connection with the Plaintiff's response to the pending Motion for Summary Judgment.